**EXHIBIT B**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

BRIAN WILKINSON,

                                      Plaintiff,

                -against-

NEW YORK CITY TRANSIT AUTHORITY,

                                   Defendant.

-----------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**INDEX # 04 CV 0911 (ARR) (LB)**

IT IS HEREBY STIPULATED AND AGREED, that the above-captioned action is hereby dismissed with prejudice, and without application to the Court or award for costs or attorney's fees to any party, as set forth in the settlement agreement between the parties.

Dated:    Brooklyn, New York
            January   , 2005

**BRIAN WILKINSON**

 

*Brian E. Wilkinson*
BRIAN WILKINSON

**KOEHLER & ISAACS, LLP**
Attorneys for Plaintiff
120 Broadway
New York, New York 10271

BY: _____
        Mathew Paulose

**MARTIN B. SCHNABEL**
Vice President and General Counsel
New York City Transit Authority
130 Livingston Street, 12TH Floor
Brooklyn, New York 11201
(718) 694-3889

BY: _____
    ANN BURTON GOETCHEUS

SO ORDERED:

_____
U.S.D.J. Dated: 2/2/05